THE CITY OF UTICA, Respondent, *v.* TONY HANNA, Appellant.

*Appeal — order of Appellate Division reversing order amending order of injunction — appeal therefrom, without permission, dismissed.*

*City of Utica* v. *Hanna*, 206 App. Div. 732, appeal dismissed.
(Argued November 20, 1923; decided December 4, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 9, 1923, which reversed an order of Special Term granting a motion to amend an order of injunction.

*H. C. Sholes* for appellant.

*Henry D. Williams, Corporation Counsel (Arthur N. Gleason* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.